Honorable Clerk of the Court of Appeals:     Sept. 13, 2015

I, Richard Lares, TDCJ-ID #1592255, in Case # 04-15-00183-CR, am enclosing a Notice for the Honorable Justices' Consideration for a Copy of my August 19, 2015 Brief with Exhibits and Affidavits and any Court documents I provided that were <u>not</u> in the Court Record or Reporter's Record and Transcripts. I do not ~~even~~ need any Transcripts either, Thank You! By the way I am indigent.

I thank you kindly for your service in this matter!

Respectfully,

X _____
Richard Lares, Pro Se.


FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS
2015 SEP 17 PM 1:28
KEITH E. HOTTLE, CLERK

" De Oppresso Liber"

NO. 04-15-00183-CR

FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS

RICHARD LARES,
Appellant

V.

THE STATE OF TEXAS,
Appellee

NOTICE

TO THE HONORABLE JUSTICES OF SAID COURT:

Comes Now, Richard Lares,TDCJ-ID #1592255, Appellant herein, in style and cause and files this Notice that appellant has not received his copy of the appellant's brief as submitted for review and in support will show the following:

Appellant avers that on August 19,2015 letter to the clerk with brief enclosed he requested a copy for the Appellant's file. Appellant has not received his copy of the brief he submitted and has no way of obtaining it since appellant is without counsel and further appellant is indigent and unable to pay for any copies.

WHEREFORE PREMISES CONSIDERED, Appellant requests a copy of his Appellant Brief for his file and to reference in response to any questions the honorable justices may request of him. That said copy include all exhibits, affidavits, and court documents that the Appellant provided in support of his claims. Please, exclude any documents from the Reporter's Record and Transcripts. SO PrayedFor.

CERTIFICATED OF SERVICE

I certify that a true and correct copy was sent to the Honorable Clerk of the Fourth Court of Appeals at Cadena-Reeves Justice Center, 300 Dolorosa, Suit 3200, San Antonio, Texas 78205-3037 by U.S. Postal Mail sent out on Sept. 13,2015. Since no response is required from the Respondent appellant did not service the Bexar County D.A..

Sincerely,

Richard Lares, Pro Se

Richard Lares 1592225T
Pack 1 Unit
2400 Wallace Pack Rd.
Navasota, Tx. 77868

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEX.
2015 SEP 17 PM 1:28
KEITH E. HOTTLE, CLERK

7820530037SS

To: The Honorable Clerk of The
Fourth Court of Appeal's
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Tx. 78205-3037

15 SEP 2015 PM 7 L
FOREVER USA